UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDSTEIN,<br>    Plaintiff,<br>v.<br>WEEKS STREET, LLC,<br>    Defendant. | Case No. 16-cv-01066-BLF<br><br>**ORDER REGARDING BRIEFING SCHEDULE**<br>[Re: ECF 3] |

On March 2, 2016, the Clerk issued an initial case management scheduling order which indicated appellant's opening brief was due 28 days after entry of the appeal on the District Court's docket. ECF 2. On March 14, 2016, Appellant William Kennedy filed a letter seeking clarification regarding the briefing schedule for this appeal. ECF 3.

Accordingly, the Court clarifies the briefing schedule. This order supersedes all prior scheduling orders. Pursuant to Fed. R. Bankr. P. 8016, 8018, and B.L.R. 8018-1, the "appellant must serve and file a brief [not exceeding 25 pages in length][1] within 30 days after the docketing of notice that the record has been transmitted or is available electronically." *See also* Fed. R. Bankr. P. 8018(a)(1). The appellee must serve and file a brief not exceeding 25 pages in length within 30 days after service of the appellant's brief. *Id*. at 8018(a)(2). The appellant may serve and file a reply brief not exceeding 15 pages in length within 14 days after service of the appellee's brief.

**IT IS SO ORDERED.**

Dated: March 15, 2016

_____
BETH LABSON FREEMAN

---

[1] The Court is modifying the page limits set forth at Fed. R. Bankr. P. 8015(a)(7).

United States District Judge